IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER 2:25-cr-361 |
| | ) | |
| versus | ) | |
| | ) | NOTICE OF REQUEST FOR PROTECTION |
| | ) | FROM COURT APPEARANCES |
| SANDINO S. MOSES | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Undersigned counsel of record hereby provides notice of his intent to be out of town or otherwise unavailable and his request for protection from court appearances on the following dates:

1. May 13 through May 17, 2025, out of town,

2. June 26, 2025 through July 7, 2025, out of country,

3. July 16, 2025 through August 8, 2025, family travel out of country,

4. November 13 thorugh November 17, 2025, legislative & CLE travel out of town,

5. December 4 though December 8, 2025, legislative & CLE travel out of town,

Pursuant to Local Crim. Rule 12.02 (D.S.C.), counsel for the Defendant certifies that he consulted with opposing counsel prior to filing this request and no objection was raised.

              Respectfully submitted,

              */S/ Leon E. Stavrinakis*
              LEON E. STAVRINAKIS, Fed. ID# 6552
              Attorney for the Defendant
              1 Cool Blow St., Ste. 201
              Charleston, South Carolina 29403
              Telephone: (843) 724-1060 Fax: (843) 853-7816
              leon@lawleon.com

Dated: May 5, 2025